UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RICARDO BROCATTO,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN TRIMBLE,<br><br>        Respondent. | NO.  CV 11-3547-AG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 31, 2016

                                        ANDREW J. GUILFORD
                                      United States District Judge